In the Matter of WILLIAM M. ST. JOHN.— Motion to dismiss appeal from decree denied; motion to dismiss appeal from order granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

JOSEPH M. L. STRIKER v. MARIE FARRINGTON and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THOMAS BREEN v. MORGAN W. BABOLL.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HARRY A. LANZNER v. ALLYNE BRASS FOUNDRY COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

In the Matter of ROBERT F. AMEND.— Appeal discontinued. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

MORLAND MORTGAGE COMPANY v. JOHN C. FISHER. MORLAND MORTGAGE COMPANY v. JOHN C. FISHER.— Motions to dismiss granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HENRY W. VAN WAGONEN v. JOHN C. FISHER.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HENRY C. SMITH v. JACOB KAHN.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

WILLIAM S. BREWER v. SUN PRINTING COMPANY.— Motion granted, with ten dollars costs. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. HENRY VAGTS and JOHN MOYER.— Motion granted. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

FREDERICK H. HOFFMAN v. ABRAHAM E. GLUCK.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

W. F. MURRAY v. HENRY L. PRESTON.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

SAMUEL W. MITCHELL v. MAX M. TANNENBAUM.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

LOUIS C. WALLACH v. MANHATTAN ATHLETIC CLUB.— Application denied, with ten dollars costs and stay vacated. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

HARRY FLEISCHER v. DETROIT CADILLAC COMPANY.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.

ROBERT E. GRAHAM v. A. B. CORDNER.— Application denied, with ten dollars costs. Order signed. Present — Clarke, P. J., Laughlin, Smith, Page and Shearn, JJ.